EXHIBIT A - Plaintiff's MIL

# Owen L. Kelly, M.D.
## Board Certified Orthopaedic Surgeon

401 N. Phoenix
Rusellville, AR 72801

(C) (479) 747-0884

olkmd@icloud.com

September 22, 2022

Mr. Brian Wood
Roy, Lambert, Lovelace, Bingaman, and Wood
2706 South Dividend Drive
Springdale, AR 72766

RE: Allen Walker

RECORDS REVIEWED:
1. Orthopaedic Associates of New Orleans
2. Integrated Health and Wellness Center
3. Picayune Physical Therapy Center
4. SMH Imaging Center, Slidell, LA
5. Crescent City Surgical Center
6. Arkansas Motor Vehicle report

SUMMARY:
1. 6/4/17 – SMH Imaging Center MRI of the right ankle. Chronic tear of the anterior talofibular ligament, otherwise intact ankle, tendons, and ligament. Remote avulsion fractures involving both the medial and lateral malleoli.
2. 3/20/18 – Mr. Walker is seen at Orthopaedic Associates of New Orleans complaining of ankle pain. The history states he rolled his ankle on June 1, 2017. He is diagnosed with recurrent ankle sprains of the right ankle with an ATFL (anterior talofibular ligament) injury. He was scheduled for surgery.
3. 3/21/18 – Mr. Walker undergoes modified Brostrom to the right ankle.
4. 4/9/18 – Mr. Walker follows up at Orthopaedic Associates of New Orleans. He had previously fallen and landed on his right arm. The sutures were removed from the ankle and he was switched to a boot walker and was to remain non-weight bearing.
5. 5/7/18 – Mr. Walker is seen at Orthopaedic Associates of New Orleans. He was to start physical therapy and was going to start

weight-bearing in a boot and use both crutches to assist him at first and then wean to one crutch. He was continuing to use a knee scooter.
6. 6/4/18 – Mr. Walker follows up and was having increased pain and difficulty weight bearing on the right ankle. There were concerns for CRPS (chronic regional pain syndrome). He was given a prescription for Gabapentin.
7. 6/15/18 – Mr. Walker undergoes a right lumbar sympathetic plexus block with the diagnosis of CRPS.
8. 6/25/18 – Mr. Walker follows up at Orthopaedic Associates of New Orleans. He was noted to have improvement from the previous sympathetic. He was to continue with physical therapy and wanted to see somebody who specialized in CRPS.
9. 7/16/18 – Mr. Walker returns to Orthopaedic Associates of New Orleans. There was discussion regarding treatment for CRPS. There was noted to be a treatment in Italy and that Mr. Walker did not qualify for the clinical trials. Mr. Walker was planning on going to Italy for treatment.
10. 8/14/18 – Mr. Walker follows up with Orthopaedic Associates of New Orleans. He had improved after taking Neridronate in Italy. He complained of pain in his left foot and left knee because he was putting so much weight on that side. Mr. Walker was going to attend a non-invasive program in Arkansas for treatment of CRPS.
11. 9/22/18 - Arkansas Motor Vehicle report. Mr. walker is identified in vehicle #2. Injury status was a 3 with a complaint of neck pain. No medical transport.
12. 9/24/18 – Integrated Health and Wellness Center note. There is notation of a car wreck. Mr. Walker had neck, shoulder, and spine pain and underwent treatment.
13. 10/1/18 – Integrated Health and Wellness Center
14. 10/2/18 – Integrated Health and Wellness Center
15. 10/3/18 – Integrated Health and Wellness Center
16. 10/4/18 – Integrated Health and Wellness Center
17. 10/6/18 – Integrated Health and Wellness Center
18. 10/8/18 – Integrated Health and Wellness Center
19. 10/9/18 – Integrated Health and Wellness Center
20. 10/10/18 – Integrated Health and Wellness Center
21. 10/11/18 – Integrated Health and Wellness Center

22. 10/15/18 – Integrated Health and Wellness Center
23. 10/16/18 – Integrated Health and Wellness Center
24. 10/17/18 – Integrated Health and Wellness Center
25. 10/18/18 – Integrated Health and Wellness Center
26. 10/22/18 – Integrated Health and Wellness Center
27. 10/23/18 – Integrated Health and Wellness Center
28. 10/24/18 – Integrated Health and Wellness Center
29. 10/25/18 – Integrated Health and Wellness Center
30. 10/29/18 – Integrated Health and Wellness Center
31. 10/30/18 – Integrated Health and Wellness Center
32. 10/31/18 – Integrated Health and Wellness Center
33. 11/1/18 – Integrated Health and Wellness Center
34. 11/5/18 – Integrated Health and Wellness Center
35. 11/7/18 – Integrated Health and Wellness Center
36. 11/8/18 – Integrated Health and Wellness Center
37. 11/12/18 – Integrated Health and Wellness Center
38. 11/13/18 – Integrated Health and Wellness Center
39. 11/14/18 – Integrated Health and Wellness Center
40. 11/15/18 – Integrated Health and Wellness Center
41. 11/19/18 – Integrated Health and Wellness Center
42. 11/20/18 – Integrated Health and Wellness Center
43. 11/21/18 – Integrated Health and Wellness Center
44. 12/3/18 – Mr. Walker is seen back at Orthopaedic Associates of New Orleans for the foot and ankle. He was noted to have have undergone an intensive program for patients with CRPS. Mr. Walker was going to obtain and ARPwave RX100. This machine was used for neuromuscular activation. There also was a discussion of him getting a Piezo machine.

DISCUSSION:
Mr. Walker was involved in a motor vehicle accident on 9/22/18 with minimal damage to his vehicle. He received physical therapy for his spine. There was no objective imaging identified and his functional/neurologic exam was normal.

CHRONIC REGIONAL PAIN SYNDROME:

Mr. Walker has a well documented history of chronic regional pain syndrome directly related to a previous ankle injury and subsequent surgery. He underwent sympathetic nerve block, treatment with Neridronate in Italy, and non-invasive treatment at Integrated Health and Wellness Center.

SPINE:
Mr. Walker was involved in a car wreck on 9/22/18. There was no initial evaluation at an emergency room or acute care facility. No objective imaging has been performed or provided. There may have been a mild sprain/strain but this accident did not cause any aggravation or exacerbation of the previous CRPS.

The 12/3/18 note per Dr. Douglas Lurie specifically notes that the ARP wave RX100 is helping Mr. Walker restore his right lower extremity function. There is no mention of spine function, injury, or abnormality.

Mr. Walker may have sustained a sprain or strain at the time of the accident, but the accident of 9/22/18 did not cause chronic regional pain syndrome to the cervical, thoracic, or lumbar spine. There is no objective evidence or functional deficit that relates to injury to his spine. Mr. Walker's functional status of his spine appears to be normal without deficit. Mr. Walker's current decrease in function is related to the previous ankle injury and surgery. The desire to obtain an ARPwave RX100 is directly correlated to the previous ankle condition.

If you have any further questions regarding this please do not hesitate to contact me.

Sincerely,

*Owen Kelly MD*

Owen L. Kelly, M.D.